In the Matter of the Petition of CHARLES L. CRAIG, Appellant, to Determine the Amount of and Enforce an Attorney's Lien.

ALICE M. LONG, Respondent.

*Matter of Craig*, 171 App. Div. 218, appeal dismissed.
(Argued April 13, 1916; decided May 2, 1916.)

APPEAL from an order of the Appellate Division of the Supreme Court in the first judicial department, entered February 11, 1916, which reversed an order of the New York County Surrogate's Court appointing a referee to take testimony and to report thereon in a special proceeding instituted in said Surrogate's Court by an attorney for the purpose of ascertaining the value of his services rendered to a client, and to enforce an alleged charging lien therefor against his client's undistributed share in the estate of Samuel Long, deceased.

*James R. Deering* and *Charles L. Craig* for appellant.

*William M. Seabury* for respondent.

Appeal dismissed, with costs; no opinion.

Concur: WILLARD BARTLETT, Ch. J., HISCOCK, COLLIN, CUDDEBACK, HOGAN and POUND, JJ. Not sitting: SEABURY, J.